# Third District Court of Appeal

## State of Florida

Opinion filed January 2, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1597
Lower Tribunal No. F84-9528A
_____


**Duane M. Leach,**
Petitioner,

vs.

**State of Florida,**
Respondent.



A Case of Original Jurisdiction – Habeas Corpus.

Duane M. Leach, in proper person.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for respondent.


Before LOGUE, C.J., and MILLER and GOODEN, JJ.

PER CURIAM.

Duane M. Leach petitions this Court for a writ of habeas corpus attacking his 1985 conviction and sentence based upon manifest injustice. Lightner v. State, 306 So. 3d 1019, 1021 (Fla. 3d DCA 2020) ("Under Florida law, appellate courts have the authority to correct a manifest injustice by way of habeas corpus."). Nevertheless, this exception only applies to a narrow category of cases. The "mere incantation of the words 'manifest injustice' does not make it so." Beiro v. State, 289 So. 3d 511, 511 (Fla. 3d DCA 2019). Finding this case does not fall within this narrow exception and no manifest injustice occurred, we hereby deny the petition.

Petition denied.